**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **X-Laser, L.L.C.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Monumental CNC** |
| **3. Debtor's federal Employer Identification Number (EIN)** | __2__ __6__ – __1__ __5__ __7__ __0__ __4__ __0__ __5__ |

**4. Debtor's address**

**Principal place of business**

**9115H Whiskey Bottom Road**
Number      Street

**Laurel, MD 20723**
City                                State      ZIP Code

**Howard**
County

**Mailing address, if different from principal place of business**

Number            Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number            Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **x-laser.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **X-Laser, L.L.C.** _____   Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  3  4  4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                              MM / DD / YYYY

District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
                                                  MM / DD / YYYY

Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **2**

Debtor   **X-Laser, L.L.C.** _____   Case number *(if known)* _____
　　　　　Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | 　 What is the hazard?  _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other |
| | **Where is the property?** _____ |
| | 　　　　　Number　　　Street |
| | 　_____ |
| | 　_____ |
| | 　City　　　　　　　　State　ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.　Insurance agency　_____ |
| | 　　　　　Contact name　　_____ |
| | 　　　　　Phone　　　　　_____ |

## ◼ Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **X-Laser, L.L.C.**                                    Case number *(if known)*
              Name

**16. Estimated liabilities**

☐ $0-$50,000                    ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million       ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/07/2025**
                      MM/ DD/ YYYY

**X** **/s/ Adam Raugh**                                    **Adam Raugh**
Signature of authorized representative of debtor          Printed name

Title        **Managing Member**

**18. Signature of attorney**

**X**          **/s/ Brett Weiss**                Date  **06/07/2025**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Brett Weiss**
Printed name

**The Weiss Law Group**
Firm name

**8843 Greenbelt Road 299**
Number       Street

**Greenbelt**                              **MD**        **20770**
City                                        State       ZIP Code

**(301) 924-4400**                         **brett@BankruptcyLawMaryland.com**
Contact phone                              Email address

**02980**                                  **MD**
Bar number                                 State

**Fill in this information to identify the case:**

Debtor Name **X-Laser, L.L.C.**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, that the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** — **$20.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Capital One Bank | Checking account | 0 8 8 1 | $0.00 |
| 3.2. | Capital One Bank | Checking account | 5 2 7 7 | $0.00 |
| 3.3. | TD Bank | Checking account | 4 2 3 8 | $16,950.20 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | PayPal Merchant Account | $2,517.55 |
| --- | --- | --- |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — **$19,487.75**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **X-Laser, L.L.C.**    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---:|
| 7.1 | **Whiskey Bottom Trade Partnership** | $20,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____ _____

   8.2 _____ _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    $20,000.00

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    **$42,784.23** - **unknown** =.....➡    $42,489.23
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    **$93,015.19** - **$79,062.91** =.....➡    $13,594.22
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $56,083.45

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____  _____

    14.2 _____    _____  _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1 _____    _____  _____  _____

    15.2 _____    _____  _____  _____

---

Debtor    **X-Laser, L.L.C.**                                    Case number *(if known)* _____
                Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                              |_____|

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| **Raw materials** | **06/07/2025** MM / DD / YYYY | **unknown** | | **$17,363.71** |
| **20. Work in progress** | | | | |
| **Work in progress** | **06/07/2025** MM / DD / YYYY | **unknown** | | **$11,085.13** |
| **21. Finished goods, including goods held for resale** | | | | |
| **Finished goods** | **06/07/2025** MM / DD / YYYY | **unknown** | | **$27,538.68** |
| **22. Other inventory or supplies** | | | | |
| **Other inventory** | **06/07/2025** MM / DD / YYYY | **unknown** | | **$1,186.61** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                              |____$57,174.13____|

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

Debtor    **X-Laser, L.L.C.**                                              Case number *(if known)* _____
            Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                          _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **X-Laser, L.L.C.**                                     Case number (*if known*)_____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
|   Office furnishings and fixtures | unknown | Comparative search | $2,517.50 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|   Office equipment, including computer equipment, communication systems equipment, and software | unknown | Comparative search | $18,960.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|   42.1 | | | |
|   42.2 | | | |
|   42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $21,477.50 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☑ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1 **2012 Nissan NV2500 HD Cargo** / VIN: **1N6BF0LY1CN116370** | unknown | kbb.com | $3,736.00 |

Debtor   **X-Laser, L.L.C.**                                    Case number *(if known)* _____
         Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____         _____  _____  _____

    48.2 _____         _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____         _____  _____  _____

    49.2 _____         _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    | | | Comparative | |
    |---|---|---|---|
    | **Machinery and equipment** | unknown | search | $71,250.00 |

51. **Total of Part 8**                                                    | $74,986.00 |
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1 _____ | _____ | _____ | _____ | _____ |
    | 55.2 _____ | _____ | _____ | _____ | _____ |
    | 55.3 _____ | _____ | _____ | _____ | _____ |
    | 55.4 _____ | _____ | _____ | _____ | _____ |
    | 55.5 _____ | _____ | _____ | _____ | _____ |
    | 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**                                                    | _____ |
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Debtor    __X-Laser, L.L.C._____    Case number (if known) _____
                Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| Patent US-9268204-B2. Trademark on X-Laser. Trade secrets. | unknown | | $4,000.00 |
| 61.  **Internet domain names and websites** | | | |
| 68 domain names | unknown | | $3,200.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Customer Data | unknown | | $1,000.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| | | | |
| 65.  **Goodwill** | | | |
| | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $8,200.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor     **X-Laser, L.L.C.**                                          Case number *(if known)* _____
　　　　　Name

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

<table>
<tr><td></td><td style="background:gray">**Current value of debtor's interest**</td></tr>
</table>

**71.** **Notes receivable**

Description (include name of obligor)

_____     _____  –  _____  = ➜     _____
　　　　　　　　　　　　　Total face amount       doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

**73.** **Interests in insurance policies or annuities**

_____                              _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              _____

**Nature of claim**　　_____

**Amount requested**　　_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              _____

**Nature of claim**　　_____

**Amount requested**　　_____

**76.** **Trusts, equitable or future interests in property**

_____                              _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

_____                              _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                  _____

Debtor    **X-Laser, L.L.C.**
_____          Case number *(if known)* _____
          Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,487.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,083.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $57,174.13 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,477.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,986.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $257,408.83 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $257,408.83 |

Fill in this information to identify the case:

Debtor name __X-Laser, L.L.C.__

United States Bankruptcy Court for the: District of __Maryland__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**

__Itria Ventures, LLC__

**Creditor's mailing address**

__One Penn Plaza 33101__

__New York, NY 10119__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __1  1  2  4__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

__Blanket__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$107,500.00**

Column B: **unknown**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

__$2,771,078.81__

Debtor   **X-Laser, L.L.C.**                                    Case number (if known) _____
Name

| **Part 1:** | Additional Page | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**ODK Capital, LLC**

**Describe debtor's property that is subject to a lien**

_____

**Creditor's mailing address**

**4700 W. Daybreak Parkway 200**

**South Jordan, UT 84009**

**Describe the lien**

**Blanket Lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account** **7  2  6  6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$235,160.20**
Column B: **unknown**

Debtor    **X-Laser, L.L.C.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Samson MCA, LLC**

**Describe debtor's property that is subject to a lien**

$67,037.50          unknown

**Creditor's mailing address**

**17 State Street 630**

**New York, NY 10004**

**Describe the lien**

**Blanket**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account**   **1   3   2   0**
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   __X-Laser, L.L.C._____          Case number (if known) _____
      Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

   __Shopify, Inc._____

**Creditor's mailing address**

   __100 Shockoe Slip, 2nd Floor_____

   __Richmond, VA 23219_____

**Creditor's email address, if known**

   _____

**Date debt was incurred**   _____

**Last 4 digits of account**   ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
     relative priority?

    ☐ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

__Blanket_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim: $33,445.12**

**Value of collateral: unknown**

Debtor    **X-Laser, L.L.C.**                                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**409 3rd Street N.W.**

**Washington, DC 20416-0000**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account** **7 4 0 6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Blanket**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| **$1,980,358.00** | **unknown** |

Debtor    **X-Laser, L.L.C.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.6** **Creditor's name**

**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

_____

$249,585.14          unknown

**Creditor's mailing address**

**409 3rd Street N.W.**

**Washington, DC 20416-0000**

**Describe the lien**

**Blanket**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   **9  0  0  1**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    <u>X-Laser, L.L.C.</u>                                                      Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.7**  **Creditor's name**

   **WebBank**

**Creditor's mailing address**

   **PayPal Working Capital**

   **PO Box 45950 Suite 1000**

   **Omaha, NE 68145**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**Blanket**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$35,936.98**    Column B: **unknown**

Debtor    <u>X-Laser, L.L.C.</u>                                    Case number (if known) _____
          Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.8** **Creditor's name**

**WebBank (PayPal Loan Builder)**

**Creditor's mailing address**

**215 State St Suite 1000**

**Salt Lake City, UT 84111-0000**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Blanket**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$62,055.87                    unknown

Debtor    __X-Laser, L.L.C._____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** Creditor's name

**Whiskey Bottom Trade Partnership**

Creditor's mailing address

**1001 Rockville Pike 503**

**Rockville, MD 20852**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Security Deposit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor    **X-Laser, L.L.C.**                                  Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| C. Kevin Kobbe<br>DLA Piper LLP (US)<br>650 South Exeter Street, Suite 1100<br>Baltimore, MD 21202 | Line 2. **1** | __ __ __ __ |
| Berkovitch & Bouskila, PLLC<br>1545 Route 202 101<br>Pomona, NY 10970 | Line 2. **3** | __ __ __ __ |
| TD Bank<br>2035 Limestone Road<br>Wilmington, DE 19808 | Line 2. **6** | __ __ __ __ |
| PayPal Working Capital<br>PO Box 45950<br>Omaha, NE 68145 | Line 2. **7** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **X-Laser, L.L.C.** _____   Case number (if known) _____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **X-Laser, L.L.C.** _____

United States Bankruptcy Court for the:

_____ **District of Maryland** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

Debtor    **X-Laser, L.L.C.**    Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**8Lightspace Limited**

**2 Bangshen Yi Rd, Jinghu Ave. Huadu Dist.**

**Guangzhou City, Guangdong**

**510805 China,**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0  0  0  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$86,760.00**

---

**3.2**  Nonpriority creditor's name and mailing address

**Adam Raugh**

**9323 Holly Brothers Court**

**Laurel, MD 20723**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$66,000.00**

---

**3.3**  Nonpriority creditor's name and mailing address

**ALG Worldwide Logistics**

**PO Box 66725**

**Chicago, IL 60666**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0  7  2  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,731.50**

---

**3.4**  Nonpriority creditor's name and mailing address

**American Express**

**c/o: Beckett & Lee**

**P.O. Box 3001**

**Malvern, PA 19355**

Date or dates debt was incurred  _____

Last 4 digits of account number  **1  0  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,458.44**

Debtor      **X-Laser, L.L.C.**                                         Case number *(if known)* _____
       Name

---

**Part 2:**  Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**CAPITAL ONE**

**PO Box BOX 30285**

**Salt Lake City, UT 84130-0285**

Date or dates debt was incurred _____

Last 4 digits of account number   **9 _ 0 _ 8 _ 0**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$94,825.54**

---

**3.6** Nonpriority creditor's name and mailing address

**CAPITAL ONE**

**PO Box BOX 30285**

**Salt Lake City, UT 84130-0285**

Date or dates debt was incurred _____

Last 4 digits of account number   **5 _ 2 _ 7 _ 7**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **LOC**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$48,951.14**

---

**3.7** Nonpriority creditor's name and mailing address

**LaserDock Ltd.**

**12/F, San Tou Building**

**137-139 Connaught Road,**

**Connaught Road Central, 137-139, Hong Kong,**

Date or dates debt was incurred _____

Last 4 digits of account number   **4 _ 3 _ 6 _ 4**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$102,223.35**

---

**3.8** Nonpriority creditor's name and mailing address

**Lead Bank/Fundbox**

**5760 Legacy Drive B3-535**

**Plano, TX 75024**

Date or dates debt was incurred _____

Last 4 digits of account number   **8 _ 9 _ 7 _ 1**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **LOC**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$67,234.38**

---

| Debtor | X-Laser, L.L.C. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,621.62 |
|---|---|---|---|

**On Deck Capital, Inc.**

**901 N. Stuart Street 700**

**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  LOC**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number   3  8  7  5**

☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,616.94 |
|---|---|---|---|

**Southwest Cargo**

**Billing**

**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Trade Debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number   5  5  6  2**

☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,331.72 |
|---|---|---|---|

**Uline**

**Billing**

**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Trade Debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number   7  9  0  6**

☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,693.61 |
|---|---|---|---|

**UPS**

**Billing**

**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Trade Debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number   E  5  5  8**

☑ No
☐ Yes

Debtor    **X-Laser, L.L.C.**
_____    Case number *(if known)* _____
Name

<table>
<tr><td colspan="2">**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$522,448.24** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$522,448.24** |

**Fill in this information to identify the case:**

Debtor name    **X-Laser, L.L.C.**

United States Bankruptcy Court for the: District of    **Maryland**
(State)

Case number (If known): _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Payroll Services | Gusto |
| | State the term remaining | 0 months | 525 20th Street |
| | List the contract number of any government contract | | San Francisco, CA 94107 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Whiskey Bottom Trade Partnership |
| | State the term remaining | 60 months | 1001 Rockville Pike 503 |
| | List the contract number of any government contract | | Rockville, MD 20852 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **X-Laser, L.L.C.**

United States Bankruptcy Court for the: District of    **Maryland**
(State)

Case number (If known): _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Adam Raugh** | **9323 Holly Brothers Court** <br> Street <br><br> **Laurel, MD 20723** <br> City        State        ZIP Code | **On Deck Capital, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | **Raugh, Adam** | **9323 Holly Brothers Court** <br> Street <br><br> **Laurel, MD 20723** <br> City        State        ZIP Code | **ODK Capital, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Samson MCA, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **WebBank (PayPal Loan Builder)** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Itria Ventures, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **U.S. Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **CAPITAL ONE** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **X-Laser, L.L.C.**                                            Case number (if known) _____
          Name

| ████ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____**X-Laser, L.L.C.**_____

United States Bankruptcy Court for the:

_____**District of Maryland**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.............................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................

   | $257,408.83 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................................

   | $257,408.83 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $2,771,078.81 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $522,448.24 |

4. **Total liabilities**............................................................................................................................

   Lines 2 + 3a + 3b

   | $3,293,527.05 |

Fill in this information to identify the case:

Debtor name **X-Laser, L.L.C.**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br><br>409 3rd Street N.W.<br>Washington, DC 20416-0000 | | Blanket | Disputed | | | $1,980,358.00 |
| 2 | U.S. Small Business Administration<br><br>409 3rd Street N.W.<br>Washington, DC 20416-0000 | | Blanket | Disputed | | | $249,585.14 |
| 3 | ODK Capital, LLC<br><br>4700 W. Daybreak Parkway 200<br>South Jordan, UT 84009 | | Blanket Lien | Disputed | | | $235,160.20 |
| 4 | Itria Ventures, LLC<br><br>One Penn Plaza 33101<br>New York, NY 10119 | | Blanket | Disputed | | | $107,500.00 |
| 5 | LaserDock Ltd.<br><br>12/F, San Tou Building<br>137-139 Connaught Road,<br>Connaught Road Central,<br>137-139, Hong Kong, | | Trade Debt | Disputed | | | $102,223.35 |
| 6 | CAPITAL ONE<br><br>PO Box BOX 30285<br>Salt Lake City, UT 84130-0285 | | Credit Card | Disputed | | | $94,825.54 |
| 7 | 8Lightspace Limited<br><br>2 Bangshen Yi Rd, Jinghu Ave.<br>Huadu Dist.<br>Guangzhou City, Guangdong<br>510805 China, | | Trade Debt | Disputed | | | $86,760.00 |
| 8 | Lead Bank/Fundbox<br><br>5760 Legacy Drive B3-535<br>Plano, TX 75024 | | LOC | Disputed | | | $67,234.38 |

Debtor  **X-Laser, L.L.C.**                                                    Case number *(if known)*
_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Samson MCA, LLC 17 State Street 630 New York, NY 10004 | | Blanket | Disputed | | | $67,037.50 |
| 10 | Adam Raugh 9323 Holly Brothers Court Laurel, MD 20723 | | Insider Loan | | | | $66,000.00 |
| 11 | WebBank (PayPal Loan Builder) 215 State St Suite 1000 Salt Lake City, UT 84111-0000 | | Blanket | Disputed | | | $62,055.87 |
| 12 | CAPITAL ONE PO Box BOX 30285 Salt Lake City, UT 84130-0285 | | LOC | Disputed | | | $48,951.14 |
| 13 | WebBank PayPal Working Capital PO Box 45950 Suite 1000 Omaha, NE 68145 | | Blanket | Disputed | | | $35,936.98 |
| 14 | Shopify, Inc. 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | | Blanket | Disputed | | | $33,445.12 |
| 15 | On Deck Capital, Inc. 901 N. Stuart Street 700 Arlington, VA 22203 | | LOC | Disputed | | | $18,621.62 |
| 16 | American Express c/o: Beckett & Lee P.O. Box 3001 Malvern, PA 19355 | | Credit Card | Disputed | | | $18,458.44 |
| 17 | UPS Billing Philadelphia, PA 19170 | | Trade Debt | Disputed | | | $11,693.61 |
| 18 | Southwest Cargo Billing Dallas, TX 75397 | | Trade Debt | Disputed | | | $3,616.94 |
| 19 | Uline Billing Chicago, IL 60680 | | Trade Debt | Disputed | | | $2,331.72 |
| 20 | ALG Worldwide Logistics PO Box 66725 Chicago, IL 60666 | | Trade Debt | Disputed | | | $1,731.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE: **X-Laser, L.L.C.**                                                                    CASE NO

                                                                                                  CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  ___**06/07/2025**___        Signature _____**/s/ Adam Raugh**_____
                                                                    Adam Raugh, Managing Member

8Lightspace Limited
2 Bangshen Yi Rd, Jinghu Ave. Huadu Dist.
Guangzhou City, Guangdong
510805 China

Adam Raugh
9323 Holly Brothers Court
Laurel, MD 20723

ALG Worldwide Logistics
PO Box 66725
Chicago, IL 60666

American Express
c/o: Beckett & Lee
P.O. Box 3001
Malvern, PA 19355

Berkovitch & Bouskila, PLLC
1545 Route 202 101
Pomona, NY 10970

C. Kevin Kobbe
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202

CAPITAL ONE
PO Box BOX 30285
Salt Lake City, UT 84130-0285

Itria Ventures, LLC
One Penn Plaza 33101
New York, NY 10119

LaserDock Ltd.
12/F, San Tou Building
137-139 Connaught Road,
Connaught Road Central, 137-139, Hong
Kong

Lead Bank/Fundbox
5760 Legacy Drive B3-535
Plano, TX 75024

ODK Capital, LLC
4700 W. Daybreak Parkway 200
South Jordan, UT 84009

On Deck Capital, Inc.
901 N. Stuart Street 700
Arlington, VA 22203

PayPal Working Capital
PO Box 45950
Omaha, NE 68145

Adam Raugh
9323 Holly Brothers Court
Laurel, MD 20723

Samson MCA, LLC
17 State Street 630
New York, NY 10004

Shopify, Inc.
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Southwest Cargo
Billing
Dallas, TX 75397


TD Bank
2035 Limestone Road
Wilmington, DE 19808


U.S. Small Business
Administration
409 3rd Street N.W.
Washington, DC 20416-0000


Uline
Billing
Chicago, IL 60680


UPS
Billing
Philadelphia, PA 19170


WebBank
PayPal Working Capital
PO Box 45950 Suite 1000
Omaha, NE 68145


WebBank (PayPal Loan
Builder)
215 State St Suite 1000
Salt Lake City, UT 84111-0000


Whiskey Bottom Trade
Partnership
1001 Rockville Pike 503
Rockville, MD 20852